UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                 CHAPTER 7

WILLIAM PARKER WRENN                          CASE NO. 08-06074-8-SWH
JUDITH CURRIN WRENN,

    Debtors.

REPORT OF UNCLAIMED DIVIDENDS
UNDER BANKRUPTCY RULE 3011

Under Bankruptcy Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amount which they are entitled to be paid from the remaining property of the estate shall be filed with the Clerk.

| Claim No. | Name and Last Known Address of Claimant | Claim Type | Amount of Dividend |
|---|---|---|---|
| 11 | Floyd L. Taylor, Jr.<br>8032 Kensington Dr.<br>Fuquay Varina, NC 27526 | Unsecured | $891.32 |
| 14 | Store Services Group, LLC<br>Moore & Van Allen PLLC<br>Attn: Hillary B. Crabtree<br>100 North Tryon Street,<br>Suite 4700<br>Charlotte, NC 28202-4003 | Unsecured | $7,493.97 |
| 15 | SunTrust Bank<br>Attn: John Saylor<br>700 Spring Forest Road<br>Raleigh, NC 27609 | Unsecured | $11,476.88 |
|  | TOTAL: |  | $19,862.17 |

This the 27th day of April, 2015.

                                            *s/Gregory B. Crampton*
                                            Gregory B. Crampton
                                            State Bar No. 991
                                            Chapter 7 Trustee
                                            NICHOLLS & CRAMPTON, P.A.
                                            Post Office Box 18237
                                            Raleigh, NC 27619
                                            Telephone: 919-781-1311